IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| RIGOBERTO ARIAS,<br><br>　　　Plaintiff,<br><br>v.<br><br>CACTUS FARMS, LLC<br><br>　　　Defendant. | CASE NO: 4:20-cv-177<br><br>**NOTICE OF REMOVAL** |

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW the Defendant Cactus Farms, LLC ("Defendant")[1] and files this Notice of Removal ("Notice") of this suit from the Iowa District Court for Clark County, Iowa, Case No. LACV012760, to this United States District Court for the Southern District of Iowa, Central Division, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, because this action was brought on a claim arising under the laws of the United States, with other claims so related to this federal question such that they form part of the same case or controversy, stating to the Court as follows:

## **INTRODUCTION**

1.　Rigoberto Arias ("Plaintiff") filed an action (the "Lawsuit") in the Iowa District Court for Clark County on April 29, 2020.

2.　The Lawsuit alleges one count: "VIOLATION OF THE FAMILY MEDICAL LEAVE ACT - INTERFERENCE."

3.　Defendant was served on May 20, 2020.

4.　Defendant has not filed an answer in the Lawsuit.

---

[1] Proper name of the defendant is Cactus Family Farms, LLC.

1

**GROUNDS FOR REMOVAL**

**A.     This Court has Original Jurisdiction over the Lawsuit.**

5.     Defendant timely files this Notice within the 30-day time of 28 U.S.C. § 1446(b)(1).

6.     Section 1441(a) provides, "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending."

7.     The United States District Courts have original jurisdiction of all civil actions arising under the laws of the United States.  28 U.S.C. § 1331.

8.     The Family Medical Leave Act (the "FMLA"), codified at 29 U.S.C. §§ 2601–2654, is a law of the United States over which the District Courts have original jurisdiction and thus removal is proper.

**B.     The Clarke County Lawsuit Court Records are attached.**

9.     True and correct copies of all pleadings, process, orders, and other filings in the Lawsuit are attached to and filed with this Notice, as required by 28 U.S.C. §§ 1446(a) and 1449.

**C.     There are No Motions Pending in the Clarke County Lawsuit.**

10.     Once this matter is removed, Defendant expects to file a responsive pleading to Plaintiff's Petition.  There is no motion currently pending for resolution by the Court in advance of removal.

**D.     All Counsel and Law Firms who have appeared are Identified Here.**

11.     The counsel listed below have appeared in the Clarke County District Court to represent the parties to this matter:

| On behalf of Plaintiff: | On behalf of Defendant: |
|---|---|
| Madison Fiedler-Carlson<br>David Albrecht<br>FIEDLER LAW FIRM, P.L.C.<br>8831 Windsor Parkway<br>Johnston, Iowa 50131<br>Telephone: 515.254.1999<br>Facsimile: 515.254.9923<br>E-mail: madison@employmentlawiowa.com<br>E-mail: david@employmentlawiowa.com | Danielle Smid<br>BROWN, WINICK, GRAVES, GROSS<br>AND BASKERVILLE, P.L.C.<br>666 Grand Avenue, Suite 2000<br>Des Moines, Iowa 50309-2510<br>Telephone: 515.242.2400<br>Facsimile: 515.242.2488<br>E-mail: danielle.smid@brownwinick.com<br><br>MULLIN HOARD & BROWN, LLP<br>Shawn D. Twing<br>500 S. Taylor, Suite 800, P.O. Box 31656<br>Amarillo, Texas 79120-1656<br>Phone: 806-372-5050<br>Fax: 806-372-5086<br>E-mail: stwing@mhba.com<br>Elizabeth A. Chermel<br>2515 McKinney Avenue, Suite 900<br>Dallas, Texas 75201<br>Phone: 214-754-0040<br>Fax: 214-754-0043<br>E-mail: bchermel@mhba.com |

**E.     Venue is Proper in this District and Division.**

12.     The Southern District of Iowa, Central Division, embraces Clarke County, Iowa, which is the State District Court in which this Lawsuit was pending.

13.     Plaintiff alleges the acts of which they complain occurred in Clarke County, Iowa.

**F.     Defendant will File this Notice with the State District Court.**

14.     Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice and a Notice of Filing of Notice of Removal with the district clerk of the Iowa District Court for Clarke County, Iowa, and will give written notice thereof to all adverse parties.

## NON-WAIVER OF DEFENSES

15. By removing this action from the Iowa District Court for Clarke County to this United States District Court, Defendant does not waive any defenses available to it and expressly reserves all such defenses.

16. By removing this action from the Iowa District Court for Clarke County to this United States District Court, Defendant does not admit any of the allegations made in Plaintiff's Petition.

## CONCLUSION

17. For the reasons stated in this Notice, removal of the Lawsuit from the Iowa District Court for Clarke County to this District and Division is proper under 28 U.S.C. §§ 1331, 1441(a), and 1446, because this Court has original jurisdiction over the claims asserted therein.

**WHEREFORE, PREMISES CONSIDERED**, Defendant requests the Court remove the action to the United States District Court for the Southern District of Iowa, Central Division.

Dated: June 5, 2020.                    Respectfully submitted,

/s/ *Danielle D. Smid*
Danielle D. Smid, AT0002148
BROWN, WINICK, GRAVES, GROSS
AND BASKERVILLE, PLC
666 Grand Avenue, Suite 2000
Des Moines, Iowa 50309-2510
Telephone: 515-242-24015
Facsimile: 515-323-8515
E-mail: danielle.smid@brownwinick.com

/s/ *Shawn D. Twing*
MULLIN HOARD & BROWN, LLP
Shawn D. Twing [pro hac vice pending]
Texas SBN: 00798008
500 S. Taylor, Suite 800, P.O. Box 31656
Amarillo, Texas 79120-1656

        Telephone: 806-372-5050
        Facsimile: 806-372-5086
        E-mail: stwing@mhba.com
        Elizabeth A. Chermel [pro hac vice pending]
        Texas SBN 24064027
        2515 McKinney Avenue, Suite 900
        Dallas, Texas 75201
        Telephone: 214-754-0040
        Facsimile: 214-754-0043
        E-mail: bchermel@mhba.com

        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on June 5, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered with the CM/ECF system.

    Madison Fiedler-Carlson
    David Albrecht
    FIEDLER LAW FIRM, P.L.C.
    8831 Windsor Parkway
    Johnston, Iowa 50131
    Telephone: 515.254.1999
    Facsimile: 515.254.9923
    Email: madison@employmentlawiowa.com
    Email: david@employmentlawiowa.com

    ATTORNEYS FOR PLAINTIFF

        */s/ Gabrielle Foshe, Legal Assistant*
        Gabrielle Foshe